IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TIARA HOPKINS                                                    PLAINTIFF

v.                      No. 3:17-cv-101-DPM

REVENUE ASSURANCE
PROFESSIONALS LLC                                               DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 November 2017